UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GENE ALLEN, | ) | |
| | ) | 2:12-CV-00998-PMP-RJJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

This is an action initiated by Gene Allen, a state prisoner. Mr. Allen has been assessed three strikes under 28 U.S.C. § 1915(g) and the action was dismissed without prejudice on June 14, 2012 for failure to pay the filing fee. Since that time, plaintiff has filed a motion to serve parties (ECF No. 4). Because the action has been dismissed, plaintiff is directed that no further filings, except a proper notice of appeal, shall be accepted for filing herein. The motion to serve parties (ECF No. 4) is **denied as moot.** The Clerk shall **not file any other documents from plaintiff in this action EXCEPT a notice of appeal.**

**IT IS SO ORDERED.**

Dated, this 27th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1